UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI ANN HAMILTON, | No. 2:22-cv-1901 CKD P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Respondent. | |

      Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 15, 2022, the court ordered respondent to answer after holding that petitioner may be entitled to relief. That order was issued in error. Under Rule 11 of the Federal Rules of Civil Procedure, pleadings must be signed by either a party or an attorney representing a party. Petitioner's habeas petition appears to have been signed by petitioner's husband.

      In light of the foregoing, petitioner's habeas petition must be dismissed. Leave to amend will be granted and if petitioner chooses to amend, she must sign her amended habeas petition herself.

      The court notes petitioner has filed a motion to stay the original petition. That motion will be denied without prejudice to re-filing with an amended petition.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's December 15, 2022, order is vacated.

2. Petitioner's petition for a writ of habeas (ECF No. 1) is dismissed.

3. Petitioner is granted 30 days within which to file an amended petition for a writ of habeas corpus which must be signed by petitioner. Failure to file an amended petition that complies with this order within 30 days will result in a recommendation that this action be dismissed.

4. Petitioner's motion for a stay (ECF No. 5) is denied without prejudice to re-filing with her amended petition.

Dated: January 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
hami1901.dis