UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Caylor,<br><br>      Petitioner,<br><br>   v.<br><br>Covello,<br><br>      Respondent. | No.  2:22-cv-01896-KJM-CKD |
| Kari Hamilton,<br><br>      Petitioner,<br><br>   v.<br><br>Allison,<br><br>      Respondent. | No.  2:22-cv-01901-CKD<br><br>**RELATED CASE ORDER** |

      On March 21, 2023, plaintiff filed a notice of related case in in the above actions.  ECF No. 16 and ECF No. 20.  Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3).

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. However, parties in case No. 22-cv-01901 have consented to the jurisdiction of a magistrate judge, ECF No. 4, so no district judge will be assigned to that case.

The Court hereby RELATES the cases but does not reassign either case.

IT IS SO ORDERED.

DATED: March 30, 2023.

CHIEF UNITED STATES DISTRICT JUDGE